ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Yujie J. Ding d/b/a Arklight | ) ASBCA No. 60215 |
| | ) |
| Under Contract No. FA8650-07-C-5407 | ) |

APPEARANCE FOR THE APPELLANT:        Peter J. Scuderi, Esq.
                                     Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                     Wayne J. Bober, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Philadelphia, PA

ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of this appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 4 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60215, Appeal of Yujie J. Ding d/b/a Arklight, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals